IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FISERV SOLUTIONS, LLC**, | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CASE NO. _____ |
| | § | |
| **DANIEL BLOOM,** | § | |
| **DENNIS BLOOM,** | § | |
| and **AMERIPLAN CORPORATION,** | § | |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

### I.   NATURE OF SUIT

1. This lawsuit arises from Defendants Daniel Bloom, Dennis Bloom, and AmeriPlan Corporation's failure to fulfill their payment obligations on a promissory note in favor of Plaintiff Fiserv Solutions, LLC.

### II.   JURISDICTION & VENUE

2. Plaintiff Fiserv Solutions, LLC f/k/a Fiserv Solutions, Inc. ("**Fiserv**") is a Wisconsin Limited Liability Company headquartered in Brookfield, Wisconsin.[1]

3. Defendants Daniel Bloom and Dennis Bloom are individual Texas residents. Defendant AmeriPlan Corporation ("**AmeriPlan**") is a Texas for-profit corporation headquartered in Plano, Texas.

---

[1] On March 31, 2015, Fiserv Solutions, Inc. filed its *Certificate of Conversion* and *Plan of Conversion* with the Wisconsin Department of Financial Institutions, converting the entity to Fiserv Solutions, LLC, a Wisconsin limited liability company.

4. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because diversity of citizenship exists, and the matter in controversy, exclusive of interest and costs, exceed the sum of Seventy-Five Thousand Dollars ($75,000.00).

5. Defendants Dennis Bloom and Daniel Bloom reside in this judicial district; all Defendants conduct business in this judicial district; and, a substantial part of the events and omissions giving rise to this action occurred in or near Dallas County, Texas. The Court has personal jurisdiction over the Defendants, and Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1) and (2).

### III.   PARTIES

6. **Daniel Bloom** is an individual Texas resident and may be served at 141 Waters Edge Way, Oak Point, TX 75068, or wherever he may be found.

7. **Dennis Bloom** is an individual Texas resident and may be served at 4520 Livingston Ave., Dallas, TX 75205, or wherever he may be found.

8. **AmeriPlan Corporation** is a Texas for-profit corporation and may be served through its registered agent, Sheri Shepherd at 217 N. Palestine, Ste. G, Athens, TX 75751, or wherever that agent may be found.

### IV.   FACTS

9. Plaintiff Fiserv is a global leader in financial services technology solutions.

10. On or about January 15, 2009, in conjunction with their request and purchase of financial services technology goods and services from Fiserv, Defendants Dennis Bloom, Daniel Bloom and AmeriPlan (collectively "**Defendants**") executed a *Promissory Note (Variable Interest Rate)* in favor of Fiserv (the "**01-15-09 Note**", a true and correct copy is attached hereto

as Exhibit A).  In accordance with the 01-15-09 Note, Defendants promised to pay Fiserv the principal amount of $532,655.14 along with interest on unpaid principal on or before the Maturity Date of January 15, 2012.

11. On or about January 1, 2011, Defendants executed a *Renewal & Modification of Promissory Note (Variable Interest Rate)* (the "**01-01-11 Renewal**", a true and correct copy is attached hereto as Exhibit B) (collectively, the 01-15-09 Note and the 01-01-11 Renewal, the "**Promissory Note**"), amending the 01-15-09 Note to modify the Maturity Date of the Promissory Note to January 1, 2016.  At the time of the 01-01-11 Renewal, the Unpaid Principal and Interest on the Promissory Note was $457,093.00.

12. In accordance with the terms and conditions of the Promissory Note, Defendants promised to pay Fiserv all Unpaid Principal and Interest on or before the Maturity Date of January 1, 2016.  However, despite their promises to make payments due and owing under the Promissory Note, Defendants failed to pay Fiserv the promised amounts.

13. On September 10, 2018, Plaintiff served its *Notice of Default and Demand for Amounts Due and Owing* (the "**Demand Letter**") on Defendants, demanding payment of the unpaid Principal and Interest due and owing on the Promissory Note of $349,588.32.

14. Despite its repeated requests and demands for payment from Defendants, as of the filing of this Complaint, Defendants have refused to pay the amounts due and owing to Fiserv on the Promissory Note.

## V. CAUSES OF ACTION

15. Plaintiff restates and reasserts the allegations contained in paragraphs 1 through 14 of this Complaint as if set forth herein.

### A. Suit on Promissory Note

16. Defendants, jointly and severally, executed the Promissory Note.

17. Plaintiff is the legal holder of the Promissory Note.

18. By failing to pay the full amount due and owing to Plaintiff on the Promissory Note at maturity, the Promissory Note is in default, and Defendants are in breach of the Promissory Note.

19. As of the date of the Demand Letter (September 10, 2018), a certain balance of $349,588.32 was due and owing under the Promissory Note. In accordance with the terms of the Promissory Note, the "Annual Interest Rate on Matured, Unpaid Amounts: Eighteen Percent (18.00%)" continues to accrue.

20. Plaintiff has complied with any and all conditions precedent to demanding full payment under the Promissory Note and bringing this Complaint against Defendants.

### B. Attorneys Fees

21. Pursuant to the terms of the Promissory Note and Texas law, Plaintiff is entitled to collect its attorneys' fees, expenses and costs incurred with enforcing the terms of the Promissory Note.

## VI. PRAYER

22. WHEREFORE, Fiserv files this Complaint and prays this Court:

(a) Enter judgment in favor of Fiserv and against Defendants for all amounts due under the Promissory Note, in an amount not less than $349,588.32, to be established at trial, plus all accrued unpaid interest;

(b) Award Fiserv its attorneys' fees and costs incurred with this action; and

  (c) Such other and further relief which may be just and appropriate.

March 6, 2019.

                Respectfully submitted,

                 */s/ Ye-Whei Peter Chen*
                Ye-Whei Peter Chen
                 Texas State Bar No. 24065038
                 peter@chendotson.com
                CHEN DOTSON PLLC
                10455 N. Central Expwy., Suite #109-348
                Dallas, Texas 75231
                (469) 251-2436 (telephone)
                (972) 476-1080 (facsimile)

                ATTORNEYS FOR PLAINTIFF