EXHIBIT A

# Promissory Note (Variable Interest Rate)

**Effective Date:** January 15, 2009

**Borrower:** AmeriPlan Corporation; Dennis Bloom; Daniel Bloom

**Borrower's Mailing Address:**

>AmeriPlan Corporation
>5700 Democracy Dr.
>Plano, Texas 75024
>
>
>Dennis Bloom
>5700 Democracy Dr.
>Plano, Texas 75024
>
>
>Daniel Bloom
>5700 Democracy Dr.
>Plano, Texas 75024

**Lender:** Fiserv Solutions, Inc., a Texas corporation.

**Place for Payment:**

>PERSONIX ST. LOUIS
>75 Remittance Dr., Ste. 1582, Chicago, IL  60675-1582, or any other place that Lender may designate in writing.

**Principal Amount:** $532,655.14

**Maturity Date:** January 15, 2012

**Annual Interest Rate on Matured, Unpaid Amounts:** Eighteen Percent (18.00%)

**Terms of Payment, Including Variable Interest Rate on Unpaid Principal:**

*THIS IS A VARIABLE RATE LOAN AND THE PAYMENT AMOUNTS MAY CHANGE AFTER THE 12TH PAYMENT AND EVERY 12TH PAYMENT THEREAFTER.*

Interest shall accrue on unpaid principal at 4.9875% per annum until the first Change Date. Principal and Interest shall be due and payable in 36 monthly installments with the initial twelve payments being **$15,961.16** each; the first such installment being due and payable on or before **February 15, 2009**, and one like installment being due and payable on or before the 15th day of each and every month thereafter until the first Change Date, February 15, 2010. THE MATURITY DATE IS JANUARY 15, 2012, on which date all unpaid Principal and Interest shall become due and payable in accordance with the terms hereof.

**Interest Rate and Periodic Payment Changes:** Each date on which the interest rate

could change is called a "Change Date." The interest rate may change on February 15, 2010 and on every 12th month thereafter. Beginning on the first Change Date, the interest rate will be based on an Index. The "Index" is the 1-Year LIBOR Rate as published in the *Wall Street Journal*. The most recent Index figure available as of January 15 of each year shall be the "Current Index." If the Index is no longer available, the Note Holder shall choose a new Index which shall be based upon information comparable to the 1-Year LIBOR Rate and shall provide notice of the change of index used to Borrower.

**Calculation of Changes:** Before each Change Date, the Note Holder will calculate the new interest rate by adding 3.250 percentage points to the Current Index. The result of this calculation will not be rounded off and shall be the Annual Interest Rate. Subject to the limits on interest rate changes stated below, this will be the new interest rate until the next Change Date. The Note Holder will then determine the amount of the periodic payment that would be sufficient to repay the unpaid principal that Borrower is expected to owe at the Change Date in full on the Maturity Date at the new interest rate in substantially equal payments. The result of this calculation will be the new amount of my periodic payment.

**Limits on Interest Rate Changes:** The Interest Rate charge will never be greater than 18.0000%

**Effective Date of Changes:** The new interest rate will become effective on each Change Date. Borrower shall pay the new periodic payment beginnin on the Change Date until the amount of the periodic payment changes again.

**Notice of Changes:** At least 25 days before the effective date of any payment change, the Note Holder shall deliver or mail a notice of any changes in interest rate and amount of periodic payment to Borrower.

**Application of Payments:** Payments will be applied first to accrued interest and the remainder to reduction of the Principal Amount.

**Security for Payment:** None. This is an unsecured note.

Borrower promises to pay to the order of Lender the Principal Amount plus interest at the Annual Interest Rate. This note is payable at the Place for Payment and according to the Terms of Payment. All unpaid amounts are due by the Maturity Date. After maturity, Borrower promises to pay any unpaid principal balance plus interest at the Annual Interest Rate on Matured, Unpaid Amounts.

If Borrower defaults in the payment of this note or in the performance of any obligation in any instrument securing or collateral to this note, Lender may declare the unpaid principal balance, earned interest, and any other amounts owed on the note immediately due. Notwithstanding any other provision of this note, in the event of a default, before exercising any of Lender's remedies under this note, Lender will first give Borrower written notice of default and Borrower will have ten days after notice is given in which to cure the default. If the default is not cured ten days after notice, Borrower and each surety, endorser, and guarantor waive all demand for payment, presentation for payment, notice of intention to accelerate maturity, notice of acceleration of maturity, protest, and notice of protest, to the extent permitted by law.

Borrower also promises to pay court costs and other costs and attorney's fees assessed by a court if this note is placed in the hands of an attorney to collect or enforce the note. Borrower will

pay Lender these expenses on demand at the Place for Payment. These expenses will become part of the debt evidenced by the note and will be secured by any security for payment.

**Prepayment**: Borrower may prepay this note in any amount at any time before the Maturity Date without penalty or premium.

**Application of Prepayment:**   Prepayments will be applied to installments on the last maturing principal, and interest on that prepaid principal will immediately cease to accrue.

Interest on the debt evidenced by this note will not exceed the maximum rate or amount of nonusurious interest that may be contracted for, taken, reserved, charged, or received under law. Any interest in excess of that maximum amount will be credited on the Principal Amount or, if the Principal Amount has been paid, refunded. On any acceleration or required or permitted prepayment, any excess interest will be canceled automatically as of the acceleration or prepayment or, if the excess interest has already been paid, credited on the Principal Amount or, if the Principal Amount has been paid, refunded. This provision overrides any conflicting provisions in this note and all other instruments concerning the debt.

Each Borrower is responsible for all obligations represented by this note.

When the context requires, singular nouns and pronouns include the plural.

If any installment becomes overdue for more than FIVE (5) days, at Lender's option a late payment charge of $50.00 may be charged in order to defray the expense of handling the delinquent payment.

A default exists under this note if (1) (a) Borrower or (b) any other person liable on any part of this note (an "Other Obligated Party") fails to timely pay or perform any obligation or covenant in any written agreement between Lender and Borrower or any Other Obligated Party; (2) any warranty, covenant, or representation in this note or in any other written agreement between Lender and Borrower or any Other Obligated Party is materially false when made; (3) a receiver is appointed for Borrower or an Other Obligated Party; (4) a bankruptcy or insolvency proceeding is commenced by Borrower, a partnership of which Borrower is a general partner, or an Other Obligated Person; (5) (a) a bankruptcy or insolvency proceeding is commenced against Borrower, a partnership of which Borrower is a general partner, or an Other Obligated Party and (b) the proceeding continues without dismissal for sixty days, the party against whom the proceeding is commenced admits the material allegations of the petition against it, or an order for relief is entered; and (6) any of the following parties is dissolved, begins to wind up its affairs, is authorized to dissolve or wind up its affairs by its governing body or persons, or any event occurs or condition exists that permits the dissolution or winding up of the affairs of any of the following parties: Borrower, a partnership of which Borrower is a general partner, or an Other Obligated Party.

If any provision of this note conflicts with any provision of a loan agreement, deed of trust, or security agreement of the same transaction between Lender and Borrower, the provisions of the note will govern to the extent of the conflict.

This note will be construed under the laws of the state of Texas, without regard to choice-of-law rules of any jurisdiction.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

AmeriPlan Corporation, a Texas corporation,

By: _____
Printed Name: DANIEL BLOOM
Title: President

_____
Dennis Bloom

_____
Daniel Bloom