IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FISERV SOLUTIONS, LLC**, | § | |
|    Plaintiff | § | |
| | § | |
| V. | § | CASE NO. 3:19-cv-000560-N |
| | § | |
| **DANIEL BLOOM,** | § | |
| **DENNIS BLOOM,** | § | |
| **and AMERIPLAN CORPORATION**, | § | |
|    Defendants. | § | |

## DEFENDANTS' ORIGINAL ANSWER

**NOW COME**, Daniel Bloom, Dennis Bloom, and AmeriPlan Corporation and file this Answer to Plaintiff's Original Complaint (the "Complaint").

### I.    NATURE OF SUIT

1. Defendants admit the allegations in ¶ 1 of the Complaint.

### II.    JURISDICTION & VENUE

2. Defendants admit the allegations in ¶ 2 of the Complaint.

3. Defendants admit the allegations in ¶ 3 of the Complaint.

4. Defendants admit the allegations in ¶ 4 of the Complaint.

5. Defendants admit the allegations in ¶ 5 of the Complaint.

### III.    PARTIES

6. Defendants admit the allegations in ¶ 6 of the Complaint.

7. Defendants admit the allegations in ¶ 7 of the Complaint.

8. Defendants admit the allegations in ¶ 8 of the Complaint.

## IV. FACTS

9. Defendants lack sufficient knowledge to admit that Plaintiff is a global leader in its industry. Defendants admit that Plaintiff provides financial services technology solutions.

10. Defendants admit the allegations in ¶ 10 of the Complaint.

11. Defendants admit the allegations in ¶ 11 of the Complaint.

12. Defendants admit the allegations in ¶ 12 of the Complaint.

13. Defendants admit that on September 10, 2018, Plaintiff served its Notice of Default and Demand for Amounts Due and owing on Defendants demanding payment of the unpaid Principal and Interest due and owing on the Promissory Note as alleged in ¶ 13 of the Complaint. Defendants deny that the amount due and owing under the Promissory Note is $349,588.32.

14. Defendants admit that Plaintiff has made demands for payment as alleged in ¶ 14 of the Complaint. Defendants deny that the amounts due and owing to Fiserv on the Promissory Note are as alleged by Plaintiff.

## V. CAUSES OF ACTION

15. There are no allegations in ¶ 15 of the Complaint that require admission or denial.

16. Defendants admit the allegations in ¶ 16 of the Complaint.

17. Defendants admit the allegations in ¶ 17 of the Complaint.

18. Defendants admit the allegations in ¶ 18 of the Complaint.

19. Defendants admit that on September 10, 2018, Plaintiff served its Notice of Default and Demand for Amounts Due and owing on Defendants demanding payment of the unpaid Principal and Interest due and owing on the Promissory Note as alleged in ¶ 19 of the

Complaint.  Defendants deny that the amount due and owing under the Promissory Note was $349,588.32.  Defendants admit that interest continues to accrue as alleged by Plaintiff.

20. Defendants admit the allegations in ¶ 20 of the Complaint.

21. Defendants deny the allegations in ¶ 21 of the Complaint.

## VI.   PRAYER

Defendants Daniel Bloom, Dennis Bloom, and AmeriPlan Corporation pray the Court, after notice and hearing or trial, enters judgment in favor of Defendants an awards Defendants such other and further relief as Defendants may be entitled to in law or in equity.

Defendants pray for general relief.

Dated: May 24, 2019                                           Respectfully submitted,


*/s/ Byron K. Henry*
**BYRON K. HENRY**
State Bar Card No. 24008909
byron.henry@solidcounsel.com
**SCHEEF & STONE, L.L.P.**
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: (214) 472-2100
Facsimile:   (214) 472-2150

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties and/or their counsel of record via ECF notification in accordance with Rule 5 of the Federal Rules of Civil Procedure.

*/s/ Byron K. Henry*